UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 17-3270-CJC (KS)                                    Date: July 5, 2017

Title  *Arthur Lee Hicks v. Warden*

---

Present: The Honorable:  Karen L. Stevenson, United States Magistrate Judge

Roxanne Horan-Walker
Deputy Clerk                                           Court Reporter / Recorder

Attorneys Present for Plaintiffs:                      Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 1, 2017, Petitioner, a California state prisoner proceeding *pro se*, filed a brief letter that has been liberally construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (the "Petition"). (Dkt. No. 1.) However, on May 9, 2017, the Court issued an Order to Show Cause why the action should not be dismissed because the Petition failed to clearly state whether Petitioner challenged his criminal conviction, his sentence, and/or the outcome of a prison disciplinary or parole proceeding. (Dkt. No. 3.) Due to the Petition's defects, the Court could not assess whether the Petition was timely, whether the Court had jurisdiction, and whether the Petition presented a cognizable ground for habeas relief. Accordingly, the Court ordered Petitioner to file a First Amended Petition curing these defects no later than June 8, 2017.

Almost a month has now passed since Petitioner's First Amended Petition was due, and Petitioner has neither filed the First Amended Petition nor otherwise communicated with the Court about his case. Accordingly, the action is now subject to dismissal under Rule 41(b) of the Federal Rules of Civil Procedure. However, in the interests of justice, Petitioner shall receive one final opportunity to file a First Amended Petition. Accordingly, **IT IS HEREBY ORDERED that, no later than July 26, 2017, Petitioner shall file <u>either</u>:**

(1) **a First Amended Petition that complies with the Court's May 9, 2017 Order; or**
(2) **a signed application for an enlargement of time <u>and</u> competent evidence, such as a declaration signed under penalty of perjury, demonstrating good cause for such an extension**

Alternatively, if Petitioner does not wish to proceed with this action at this time, he may file a <u>signed</u> document entitled "Notice Of Voluntary Dismissal" and the action will be dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Petitioner is advised that his failure to timely comply with this Order will result in a recommendation to dismiss this case for failure to prosecute and comply with court orders pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41-1.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | rh |