

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE HICKS, | ) NO. CV 17-3270-CJC (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| | ) |
| WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: September 22, 2017

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1